OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

$ 00.265
0004279596 NOV 25 2014
02 1M
MAILED FROM ZIP CODE 78711

11/20/2014

MCGEE, SHAWN ERIC   Tr. Ct. No. W00-51413-U(D)

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

SHAWN ERIC MCGEE

RETURN TO SENDER
DALLAS COUNTY JAIL

EBN3B 75266